AO 450 (Rev. 11/11) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Ohio

| | |
|---|---|
| Deborah Smyth | ) |
| *Plaintiff* | ) |
| v. | ) Civil Action No. 3:23-cv-00337 |
| State Farm Fire and Casualty Company | ) |
| *Defendant* | ) |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ **the plaintiff** *(name)* _____ recover from the **defendant** *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ **the plaintiff recover nothing**, the action be dismissed on the merits, and the **defendant** *(name)* _____ recover costs from the **plaintiff** *(name)* _____.

☑ **other:** Defendant State Farm Fire and Casualty Company's Motion for Summary Judgment is GRANTED.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge Thomas M. Rose on a motion for Summary Judgment.

Date: 4/11/2025

CLERK OF COURT

*Anne Wamsley*

Signature of Clerk or Deputy Clerk